UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HARBORSIDE TERRACE
OWNERS ASSOCIATION, INC.,

    Plaintiff,

v.                                          Case No.:  2:22-cv-561-JLB-KCD

LEXINGTON INSURANCE
COMPANY,

    Defendant.
_____/

**<u>ORDER</u>**[1]

This is a Hurricane Irma insurance case based on diversity jurisdiction. For diversity jurisdiction to apply, a plaintiff must allege facts supporting "complete diversity; every plaintiff must be diverse from every defendant." *Travaglio v. Am. Exp. Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013).[2] If there is any deficiency in subject-matter jurisdiction, the court is constitutionally obligated to dismiss the action. *Id.* at 1269. The party seeking federal jurisdiction must

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.

prove, by a preponderance of the evidence, facts supporting the exercise of jurisdiction. *McCormick v. Aderholt,* 293 F.3d 1254, 1257 (11th Cir. 2002).

Harborside does not adequately plead diversity, alleging "upon information and belief" that Lexington Insurance Company is a citizen of Delaware and Massachusetts. (Doc. 1 at 1.) But citizenship cannot be supposed, "nor supplanted by considerations of convenience and efficiency." *See Morrison v. Allstate Indem. Co.,* 228 F.3d 1255, 1261, 1273 (11th Cir. 2000) ("Jurisdiction cannot be established by a hypothetical."). To remedy this deficiency, Harborside may file an amended complaint.

Accordingly, it is **ORDERED**:

Harborside Terrace Owners Association, Inc., may file an amended complaint by **September 19, 2022**. Failing to do so will result in a recommendation that the complaint (Doc. 1) be dismissed without prejudice for lack of subject-matter jurisdiction.

**ENTERED** in Fort Myers, Florida this September 11, 2022.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record