```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

HARBORSIDE TERRACE OWNERS ASSOCIATION, INC.,

      Plaintiff,

v.                            Case No: 2:22-cv-561-JES-NPM

LEXINGTON INSURANCE COMPANY,

      Defendant.

_____

**ORDER**

    This matter comes before the Court on the parties' Amended Joint Stipulation for Dismissal With Prejudice (Doc. #35) filed on September 11, 2023.[1] The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

---

[1] On August 25, 2023, the Court directed the parties to submit a memorandum of reasons if they wished to have the Court to retain jurisdiction. No memoranda were filed. (Doc. #34.)

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __12th__ day of September 2023.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record